■ In the Matter of TYRONE BENTON, Appellant, v GLENN S. GOORD, as Commissioner of the Department of Correctional Services, Respondent. [701 NYS2d 676] —Appeal from a judgment of the Supreme Court (Demarest, J.), entered May 4, 1999 in St. Lawrence County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent finding petitioner guilty of violating a prison disciplinary rule.

The Attorney General has advised this Court by letter that the determination at issue in this proceeding has been administratively reversed and that all references thereto will

be expunged from petitioner's institutional record. Inasmuch as petitioner has received all the relief to which he is entitled, the matter is dismissed as moot (*see, Matter of Witherspoon v Goord*, 243 AD2d 931).

Cardona, P. J., Mercure, Peters, Carpinello and Graffeo, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.